AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, WELFARE FUND and APPRENTICE & TRAINEE PROGRAM FUND

V.

NUNZIO OF LOMBARD, INC.

CASE NUMBER: 08CV3633

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

NUNZIO OF LOMBARD, INC.
c/o CARMELA SERRITELLA, REGISTERED AGENT
501 N. GRACE STREET
LOMBARD, IL 60148

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

DANIEL P. McANALLY
WHITFIELD McGANN & KETTERMAN
111 E. WACKER DRIVE
SUITE 2600
CHICAGO, IL 60601

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK



June 25, 2008
Date

ClientCaseID: N7716/DPM
Law Firm ID: WHITFIEL


*1 9 1 7 4 3 A *

CaseReturnDate: 8/8/08

Affidavit of Special Process Server

## UNITED STATES DISTRICT COURT

Case Number 08CV3633

I, ERIC L. BEY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT  Nunzio of Lombard, Inc.
PERSON SERVED  CARMELLA SERRITELLA (REGISTERED AGENT)
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON 7/21/08

That the sex, race and approximate age of the person whom I left the   SUMMONS AND COMPLAINT
are as follow:
  Sex  FEMALE   Race  WHITE   Age  40
  Height  5'7"   Build  MEDIUM   Hair  BROWN

LOCATION OF SERVICE   **501 N Grace St.**
**Lombard, IL, 60148**

Date Of Service  7/21/08   Time of Service  7:40 PM

ERIC L. BEY                                    7/22/2008
Special Process Server
P.E.R.C.#129-303704

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

Total:   $55.00