UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2
Eastern Division

Trustees of the Chicago Regional Council of
Carpenters Pension Fund, et al.

                        Plaintiff,

v.                                             Case No.:
                                             1:08−cv−03633
                                             Honorable Samuel
                                             Der−Yeghiayan

Nunzio of Lombard, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: The parties having agreed to proceed before the designated Magistrate Judge, the Court will recommend to the Executive Committee that the instant action be transferred to the designated Magistrate Judge. Initial status hearing before Judge Der−Yeghiayan set for 09/04/08 is hereby stricken. Mailed notice(mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.